IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18-cr-00134-12-GAF |
| MICHAEL RUNIONS | ) ) ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW PREVIOUSLY SUBMITTED MOTION TO DESIGNATE CASE AS COMPLEX AND TO ALLOW EXPENSES AND FEE IN EXCESS OF THE CJA GUIDELINES

**COMES NOW**, Willis L. Toney, CJA, Appointed Attorney for the Defendant herein, and respectfully withdraws his previously filed motion with this Court to enter its Order Declaring this Case to be complex and to allow the Attorney to submit request for payment outside of the CJA listed guidelines and in support thereof states as follows:

1. Counsel has filed CJA forms 20 and 26 with the Court and therefore that method should be used to address the issue of CJA payments on this matter.

**WHEREFORE**, Defense counsel respectfully moves this Court to issue its order allowing Defense counsel to exceed the CJA guideline for attorney fees in this matter as allowed under CJA forms 20 and 26 and for other reasonable relief as this court deems proper under all the circumstances.

Respectfully submitted:
**TONEY LAW FIRM, LLC**

/s/ Willis L. Toney
Willis L. Toney, MO Bar #29661
4609 Paseo Blvd., Suite #103
Kansas City, MO 64110
Phone: (816) 924-3000
Fax: (816) 924-3001
**ATTORNEY FOR DEFENDANT**