# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 18-00134-12-CR-W-GAF |
| MICHAEL RUNIONS, | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant appeared before me pursuant to Federal Rule of Criminal Procedure 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636, and has entered a plea of guilty to Counts One and Three of the Second Superseding Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Federal Rule of Criminal Procedure 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. The Defendant entered his guilty plea pursuant to a binding plea agreement. The parties were informed that I am not able to bind the Court in the manner set forth in the binding plea agreement. A record was made of the proceedings and a transcript was ordered and will be available. A presentence investigation report was also ordered. I, therefore, recommend that the plea of guilty to Counts One and Three be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE